UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:10-CR-00401-PMP-PAL |
| v. ) | |
| LARRY GOODALL, ) | |
| Defendant. ) | ORDER |

IT IS ORDERED that Defendant Larry Goodall's Application for Certificate of Appealability is hereby DENIED.

DATED: June 24, 2013

 _____
 PHILIP M. PRO
 United States District Judge