UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00401-PMP-PAL |
| v. | ) | |
| LARRY GOODALL, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Larry Goodall's Application for Certificate of Appealability is hereby DENIED.

DATED: August 13, 2013.

_____
PHILIP M. PRO
United States District Judge